FIRST NATIONAL BANK OF PIERCE V. C. O. NOBLE.

FILED NOVEMBER 4, 1897.   No. 7543.

Review: UNAUTHENTICATED TRANSCRIPT: DISMISSAL. The judgment sought to be reversed not having been authenticated by the certificate of the clerk of the district court, the proceeding in error is dismissed.

ERROR from the district court of Pierce county. Tried below before ROBINSON, J.   *Proceeding in error dismissed.*

*Douglas Cones*, for plaintiff in error.

*H. F. Barnhart* and *W. W. Quivey, contra.*

NORVAL, J.

There is no authentication by the clerk of the district court of the judgment sought to be reviewed. The disposition of the case is ruled by the decision in *Brockman Commission Co. v. Sang,* 52 Neb., 506, decided herewith. The proceeding in error is

DISMISSED.